UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MOISES FREIRE,
BRIAN PERALTA CABRERA, and
HARRY ROSALES PINO,

Defendants.

**INDICTMENT**

26 Cr.

26 CRIM 111

**COUNT ONE**
**(Conspiracy to Distribute Narcotics Resulting in Death and Serious Bodily Injury)**

The Grand Jury charges:

1. From at least in or about February 2026 through at least in or about March 2026, in the Southern District of New York and elsewhere, MOISES FREIRE, BRIAN PERALTA CABRERA, and HARRY ROSALES PINO, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2. It was a part and an object of the conspiracy that MOISES FREIRE, BRIAN PERALTA CABRERA, and HARRY ROSALES PINO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

4. The use of such controlled substance resulted in (i) the death of Victim-1; and (ii) the serious bodily injury to Victim-2, on or about March 21, 2026, in New York, New York.

(Title 21, United States Code, Section 846.)

**COUNT TWO**
**(Distribution of Narcotics Resulting in Death and Serious Bodily Injury)**

The Grand Jury further charges:

1. On or about March 18, 2021, in the Southern District of New York and elsewhere, MOISES FREIRE, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substances involved in the offense was a quantity of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

3. The use of such controlled substance resulted in (i) the death of Victim-1; and (ii) the serious bodily injury to Victim-2, on or about March 21, 2026, in New York, New York.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense alleged in Count One of this Indictment, MOISES FREIRE, BRIAN PERALTA CABRERA, and HARRY ROSALES PINO, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

5. As a result of committing the offense alleged in Count Two of this Indictment, MOISES FREIRE, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

[redacted]
FOREPERSON

Jay Clayton
JAY CLAYTON
United States Attorney