Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 20, 2026

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Moises Freire, 26-CR-111 (SHS)**

Dear Judge Stein:

I write to inform the Court in advance of the pretrial motions' deadline of August 21, 2026 that the Defense no longer intends to file a motion to suppress in this matter.

Undersigned counsel has retained an expert to evaluate and prepare a report for the government's consideration in plea negotiation. Undersigned counsel intends to provide the government with a complete written mitigation submission—including the expert's report—no later than September 11, 2026.

Undersigned counsel is not requesting any action by the Court at this time or an adjournment of the September 22, 2026 status conference.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007