MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 2, 2026

By ECF & Email
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Brian Peralta Cabrera**
**26 Cr. 111 (SHS)**

Dear Judge Stein:

I represent defendant Brian Peralta Cabrera in the above-captioned matter. I write respectfully to request a modification of Mr. Peralta Cabrera's conditions of pretrial release from **home incarceration to home detention**, subject to continued location monitoring and all other conditions previously imposed by the Court.

Mr. Peralta Cabrera was released on March 26, 2026, on a $75,000 personal recognizance bond co-signed by three financially responsible persons. Among the conditions imposed by the Court was home incarceration with location monitoring and no permission to work or attend school. Since his release, Mr. Peralta Cabrera has remained under the supervision of Pretrial Services, has no violations, and has otherwise complied fully with the conditions imposed by the Court.

Mr. Peralta Cabrera seeks to enroll in NYC Pathways to Graduation, where he intends to pursue his educational goals beginning this fall. The present condition of home incarceration prevents him from doing so. A modification to home detention would permit him to leave his residence for approved purposes, such as education, employment, medical appointments, religious services, attorney visits, court appearances, and other activities approved in advance by Pretrial Services, while maintaining substantial restrictions on his movement and continued electronic monitoring.

Given Mr. Peralta Cabrera's compliance with supervision to date and his desire to pursue his education, the defense respectfully submits that home incarceration is no longer necessary and that home detention, with continued location monitoring and Pretrial Services supervision, would remain more than sufficient to reasonably assure his appearance and the safety of the community.

Accordingly, the defense respectfully requests that the Court modify Mr. Peralta Cabrera's conditions of release from **home incarceration to home detention**, with all other conditions remaining in effect.

I have conferred with AUSA Ariana L. Bloom, who takes no position on this request and defers to the position of Pretrial Services. Pretrial Services Officer Evelyn Alvayero *consents* to the requested modification.

Thank you for the Court's consideration.

Respectfully Submitted,

/s/ ***Matthew J. Kluger***
Matthew J. Kluger, Esq.
*Attorney for Brian Peralta Cabrera*

cc: AUSA Ariana L. Bloom
Pretrial Services Officer Evelyn Alvayero