**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 1, 2026

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Moises Freire and Brian Peralta Cabrera*, 26 Cr. 111 (SHS)**

Dear Judge Stein:

As directed at the September 22, 2026 status conference in the above-captioned case, the parties respectfully write jointly to propose the following deadlines for expert disclosures, witness and exhibit lists, motions *in limine*, requests to charge, voir dire, the Government's 3500 production, and the final pretrial conference:

- January 6, 2027: Government Expert Disclosures
- January 26, 2027: Motions *in limine*
- February 5, 2027: Defense Expert Disclosures
- February 5, 2027: Responses to Motions *in limine*
- February 12, 2027: Requests to Charge and Voir Dire
- February 15, 2027: 3500 Production
- February 15, 2027: Witness and Exhibit Lists
- February ~~22~~ 19, 2027: Final pretrial conference at 10:30 A.M.

March 1, 2027 at 9:30 A.M. trial

*[Remainder of page left intentionally blank.]*

October 1, 2026
So Ordered
Sidney H Stein
U.S.D.J.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Ariana L. Bloom*
Ariana L. Bloom
Assistant United States Attorney
(212) 637-2578

cc: Mitchell Schwartz, Esq. (by ECF)
Matthew Kluger, Esq. (by ECF)